■ SAUL GELTMAN et al., v. TRAVIS S. LEVY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant, Travis S. Levy, procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SAUL GELTMAN et al. v. TRAVIS S. LEVY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant Joan C. Levy procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JOSEPH W. LITTMAN v. BACHE & Co.— Motion for stay granted, and the stay contained in the order to show cause dated January 15, 1960 is continued pending the hearing and determination of the appeal. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES HORTON. (And Fourteen Other Actions.) — Motion to substitute Anthony F. Marra, Esq., of 100 Centre Street, New York, N. Y., for Miss Florence M. Kelley, as counsel for the defendants-appellants granted. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK A. CLAVARELLI. — Enlargement of time granted. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ELLIOT ARCHIE.— Enlargement of time granted. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

## SECOND DEPARTMENT, JANUARY, 1960

### (January 6, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN O'ROURKE, Appellant, et al., Defendants.— Motion by appellant for a stay of trial denied. Motion to dismiss appeal from an order denying a motion to inspect the Grand Jury minutes on the ground that the order is not appealable. Motion granted and appeal dismissed. (Code Crim. Pro., § 517; *People v. Schectman,* 277 App. Div. 1042.) Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.

### (January 11, 1960)

■ In the Matter of the BROOKLYN UNION GAS COMPANY, Respondent, against JOHN CASHMORE, as President of the Borough of Brooklyn, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ.

■ ELEANOR RUBENSTEIN, Appellant, v. WINGDALE REALTY CORP. et al., Respondents.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Present — Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ.

■ LENORE S. TRIMBLE, Respondent, v. ARTHUR A. BEAUDRY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ.